UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPINE SURGERY ASSOCIATES & DISCOVERY IMAGING, PC on assignment of ANTHONY P.,<br><br>            Plaintiff,<br><br>    v.<br><br>INDECS CORP. and CONSTANT SERVICES INC.,<br><br>            Defendants. | Civ. No. 13-1390 (KSH) (CLW)<br><br>**ORDER** |

Upon consideration of the motion (D.E. 20) of defendant INDECS Corp. ("INDECS") to dismiss the amended complaint filed by plaintiff Spine Surgery Associates & Discovery Imaging, PC (D.E. 19); and for the reasons expressed in the Court's opinion filed herewith,

**IT IS,** on this 30th day of September, 2014,

**ORDERED** that defendant's motion to dismiss is **GRANTED IN PART**, insofar as count 1 is dismissed in its entirety and count 3 is dismissed as to INDECS, and **DENIED IN PART**, insofar as it seeks dismissal of counts 2 and 4.


                                        /s/ Katharine S. Hayden
                                        Katharine S. Hayden, U.S.D.J.